UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| CHRISTOPHER DOHERTY,<br><br>    Plaintiff,<br><br>    v.<br><br>ENCOUNTERCARE SOLUTIONS, INC., and MED VENTURES INC.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)   Docket Number<br>)   1:16-cv-12655-IT<br>)<br>)<br>)<br>)<br>) |

**JOINT REQUEST TO EXTEND DISCOVERY DEADLINES**

The parties jointly request an order extending the current discovery deadlines by sixty (60) days, with fact discovery to conclude on December 29, 2017 instead of October 27. As grounds, the parties state that additional time is needed to complete written discovery before taking depositions, and that no party will be prejudiced by this continuance.

Additionally, Defendants have agreed to produce the documents that are the subject of Plaintiff's Motion to Compel within seven (7) days of this filing, and the parties will confer at that time as to whether there are any outstanding issues that require the Court's attention.

Respectfully submitted,

ENCOUNTERCARE SOLUTIONS INC.
and MEDVENTURES INC.,
By their attorneys:

/s/ Emily E. Smith-Lee
Emily E. Smith-Lee (BBO#634223)
esmithlee@slnlaw.com
SLN LAW LLC
10 East Chestnut Street
Sharon, MA 02067
(781) 784-2322

1

Plaintiff,
CHRISTOPHER DOHERTY
By his counsel,

/s/Jeffrey S. Baker_____
Jeffrey S. Baker, Esq. BBO#544929
BAKER AND ASSOCIATES
SUITE 100
2 W Hill Pl
Boston, MA 02114
Tel: (617) 573-9505
Fax: (617) 573 9503
E-Mail: Bakerlaw@aol.com

> I certify that a true copy of the above document was served upon each attorney of record by ECF on September 21, 2017.
>
> /s/Emily E. Smith-Lee_____

2